UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8154 ODW(RZx) | Date | February 10, 2010 |
|---|---|---|---|
| Title | Oversee.net v. Simple Solutions, LLC, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Vacating Defendants' Motion to Dismiss Complaint [11] (Filed 2/1/10) and Hearing Thereon**

Pursuant to the filing of Plaintiff's First Amended Complaint [16], the above referenced motion is deemed MOOT and hereby VACATED. The motion hearing scheduled for March 1, 2010 at 1:30 p.m., is also VACATED.

IT IS SO ORDERED.

: 00

Initials of Preparer  RGN