1  SUSAN A. MITCHELL (SBN 101114)
   MCKENNA LONG & ALDRIDGE LLP
2  300 South Grand Avenue, 14th Floor
   Los Angeles, CA  90071
3  Telephone:  (213) 688-1000
   Facsimile:   (213) 243-6330
4  E-Mail:  smitchell@mckennalong.com

5  A. JENNINGS STONE (Admitted Pro Hac Vice)
   BOLTNAGI PC
6  5600 Royal Dane Mall, Suite 21
   St. Thomas, VI  00802
7  Telephone:  (340) 774-2944
   Facsimile:   (340) 776-1639
8  E-Mail:  ajstone@vilaw.com

9
   Attorneys for Defendants
10 **SIMPLE SOLUTIONS, LLC and HCB, LLC**

11             **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

| 14  OVERSEE.NET, a California corporation, | CASE NO.  CV09 08154 ODW (RZx) |
|---|---|
| 15                 Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 16          v. | |
| 17  SIMPLE SOLUTIONS, LLC, a | |
| 18  Delaware limited liability company, HCB, LLC, a Delaware limited liability | DATE:      April 12, 2010 |
| 19  company, and DOES 1 through 10, inclusive, | TIME:      1:30 p.m. |
| 20                 Defendants. | COURTROOM:   11 |
| 21 | |

22

23         Defendants SIMPLE SOLUTIONS, LLC and HCB, LLC's Motion to

24  Dismiss Complaint came on for hearing on April 5, 2010 before the Hon. Otis D.

25  Wright II.  The Court, having considered the Motion and all papers filed in support

26  thereof or opposition thereto, and the argument of counsel, ORDERS as follows:

27         The Complaint is dismissed, with prejudice, under the "first to file" rule

28  because there is identical pending litigation before the District Court of the Virgin

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:17732292.1

1  Islands.  Under the "first to file" rule, the court in which the first action was filed

2  should try the lawsuit, and the court in which the second action was filed should

3  abstain.  *See Pacesetter Systems, Inc. v. Medtronic, Inc.*, 678 F.2d 93, 95 (9th Cir.

4  1982).

5

6         IT IS SO ORDERED.

7

8  DATE:  _____

9

10                                          _____
                                            Hon. Otis D. Wright II
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS

LA:17732292.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

**William A. Delgado – wdelgado@willenken.com, helenhsiao@willenken.com**

**A. Jennings Stone – ajstone@vilaw.com**

Respectfully submitted this 9th day of March 2010.

Dated: March 9, 2010

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

By: /s/ Susan A. Mitchell
Susan A. Mitchell

Attorneys for Defendants
**SIMPLE SOLUTIONS, LLC and HCB, LLC**

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS

LA:17732292.1