# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8154 ODW(RZx) | | Date | August 27, 2010 |
|---|---|---|---|---|
| Title | Oversee.net v. Simple Solutions, LLC et al | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     Order to Show Cause re Case Settlement

The Court is in receipt of the Status Report [29] filed August 13, 2010, which indicates that a request for dismissal would be filed no later than August 23, 2010. As of the date of this order, no stipulation and proposed order of dismissal has been filed. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 13, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |